# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLEAR BLUE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>BSR TRUCKING INC., et al.,<br><br>Defendants. | Case No. 1:26-cv-07721-JLT-SAB<br><br>ORDER GRANTING ERIC R. BURRIS' *PRO HAC VICE* APPLICATION<br><br>(ECF No. 9) |

Before the Court is the application of Eric R. Burris, attorney for Plaintiff Clear Blue Insurance Company, for admission to practice *pro hac vice*. L.R. 180(b)(2).

Following review, the application for admission to practice *pro hac vice* is HEREBY GRANTED. The *pro hac vice* attorney is DIRECTED to request filing access through PACER.

IT IS SO ORDERED.

Dated: **October 29, 2026**

STANLEY A. BOONE
United States Magistrate Judge